NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Alvin E. Medina
29254 Wagon Creek Lane
Menifee, CA 92584
951 746-4946

ATTORNEY(S) FOR:

FILED

2015 MAY 26 PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Alvin E. Medina

Plaintiff(s)

v.

The Honorable Anthony R. Foxx
Secretary of Transportation
1200 New Jersey Ave., S.E.
Washington, D.C. 20590

Defendant(s)

CASE NUMBER:

ED CV15-01028 RGK (AGR)

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Alvin E. Medina or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Department of Transportation<br>Departmental Office of Civil Rights<br>Compliance Operations Division<br>1200 New Jersey Avenue, S.E.<br>Washington, D.C. 20590 | Associate Director |
| Office of the Chief Counsel<br>Federal Aviation Administration<br>800 Independence Avenue<br>Washington, D.C. 20591 | Manager, Personnel and Labor Law Branch |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Attorney General |

5/26/2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Alvin E. Medina